ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNITZ-DAIMLER ST., LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE No. 8:18-cv-00471-JLS-E<br><br>**ORDER FOR STIPULATION FOR DISMISSAL** |

## ORDER

Good cause appearing therefore, IT IS ORDERED that:

    a.    In light of the parties' voluntary resolution of this matter through a written Settlement Agreement, this action is hereby dismissed with prejudice as to all parties.

    b.    Each party shall bear its own attorneys' fees and costs.

DATED: March 20, 2019

JOSEPHINE L. STATON
Hon. Josephine L. Staton